### Matilda Wenger, appellee, v. George Idoux, appellant.

Action to recover damages for personal injuries and for injury
to vehicle in collision with automobile. Judgment for plaintiff.
Appeal from the Circuit Court of St. Clair county; the Hon. George
A. Crow, Judge, presiding. Heard in this court at the October term,
1919. Affirmed. Opinion filed March 25, 1920.

Edward C. Zulley, for appellant. Preston K. Johnson, for appellee.

Mr. Justice Eagleton delivered the opinion of the court.

---

Mr. Justice Eagleton delivered the opinion of the court.

---

### Illio Siminoff, appellee, v. Nick Alabach, appellant.

Action to recover for money loaned. Judgment for plaintiff. Appeal from the Circuit Court of Madison county; the Hon. Louis
Bernreuter, Judge, presiding. Heard in this court at the October
term, 1919. Reversed and remanded. Opinion filed March 25, 1920.

J. B. Harris, for appellant. M. R. Sullivan, for appellee.

Mr. Justice Eagleton delivered the opinion of the court.

---

### J. E. Payne, appellant, v. Pearl Payne, appellee.

Distress proceedings for recovery of rent. Judgment for defendant. Appeal from the Circuit Court of Clay county; the Hon. Harry
C. Stuttle, Judge, presiding. Heard in this court at the October term,
1919. Affirmed. Opinion filed March 25, 1920.

A. N. Tolliver, for appellant. James H. Smith, for appellee.

Mr. Justice Eagleton delivered the opinion of the court.